DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT A. MCCUAIG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2927

[June 18, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 12-003032CF10A.

Scott A. McCuaig, Milton, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***